EDSON L. THOMPSON, Substituted in Place and Stead of HENRY I. STETLER, Deceased, as a Taxpayer of the County of Rockland, Appellant, v. ERNEST W. HOFSTATTER, Respondent.— Judgment, in so far as appealed from, unanimously

affirmed, with costs. The affirmance of this judgment should not be deemed an approval of the loose method by which the services and expenses were authorized. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.